IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

NORTH SHALLOWFORD
PROPERTIES, LLC, *et al.*,

    Plaintiffs,

        v.

CITY OF DUNWOODY, GEORGIA,

    Defendant.

CIVIL ACTION NO.
1:25-cv-04900-TRJ

## ORDER

This matter is before the Court on Plaintiffs John Doe 1, John Doe 2, and John Doe 3's (collectively, the "Doe Plaintiffs") Motion for Leave to Proceed Under a Pseudonym and to File Personally Identifying Information Under Seal. (Doc. 3). Defendant The City of Dunwoody, Georgia was served on September 3, 2025, and has not filed a response to the Doe Plaintiffs' motion, indicating that it is unopposed. LR 7.1(B) ("Failure to file a response shall indicate that there is no opposition to the motion."). For the reasons stated, the Doe Plaintiffs' motion is **GRANTED**.

"Generally, parties to a lawsuit must identify themselves in their respective pleadings." *Roe v. Aware Women Ctr. for Choice, Inc.*, 253 F. 3d 678, 685 (11th Cir. 2001) (citation omitted); *see also* FED. R. CIV. P. 10(a). But there are some circumstances in which a party may proceed anonymously. *Doe v. Barrow Cnty., Ga.*, 219 F.R.D. 189, 191 (N.D. Ga. 2003). If the party seeking to proceed anonymously has a substantial privacy interest that outweighs the "presumption of openness in judicial proceedings[,]" then the Court can grant the party permission to proceed

anonymously. *Plaintiff B v. Francis*, 631 F.3d 1310, 1315 (11th Cir. 2011) (citation modified). "The Eleventh Circuit has approved of parties proceeding anonymously when cases involve governmental activity, the disclosure of information of 'utmost intimacy,' or would require admitting to illegal conduct and risk of criminal prosecution." *Doe v. Emory Univ.*, 734 F. Supp. 3d 1369, 1370 (N.D. Ga. 2024) (citing *Francis*, 631 F. 3d at 1316). "It is within the court's discretion to decide whether a plaintiff will be allowed to proceed anonymously." *Barrow Cnty., Ga.*, 219 F.R.D. at 191 (citation omitted).

Here, the Doe Plaintiffs state that they have substance use disorders and mental health diagnoses which are disabilities within the meaning of the Fair Housing Act of 1968, the Americans with Disabilities Act, and the Rehabilitation Act. (Doc. 3-1 at 2). The Doe Plaintiffs seek to proceed pseudonymously "due to the stigma associated with their disabilities." (*Id.*) The Doe Plaintiffs argue that "this case raises concerns about how the City segregates a population of individuals struggling with substance use disabilities and mental health issues from the rest of the community." (*Id.* at 2). The Doe Plaintiffs claim that their disabilities are the very reason for the alleged discriminatory treatment by Defendant. Upon review and consideration, the Doe Plaintiffs have demonstrated that their substantial privacy interests outweigh the "presumption of openness in judicial proceedings." *Plaintiff B*, 631 F.3d at 1315.

Accordingly, the Doe Plaintiffs' Motion for Leave to Proceed Under a Pseudonym and to File Personally Identifying Information Under Seal (Doc. 3) is **GRANTED IN PART**. The motion for leave to proceed under a pseudonym is

**GRANTED**, and the Doe Plaintiffs shall be permitted to proceed in this action as John Doe 1 (by and through his guardian Dave Edmondson), John Doe 2 (by and through his guardian Sandy Dugan), and John Doe 3. The Doe Plaintiffs are **ORDERED** to privately disclose their names to Defendant upon entry of this Order. Defendant shall be permitted to conduct discovery using the Doe Plaintiffs' names. But for any publicly filed documents, the names of the Doe Plaintiffs shall be redacted or referred to only by the appropriate John Doe designations. To the extent the Doe Plaintiffs are preemptively seeking leave to file sealed or redacted documents in this action, the Doe Plaintiffs will be required to follow the procedures outlined in the Court's Guidelines (Doc. 8) as well as the Local Rules of this Court with respect to filing documents under seal.

SO ORDERED, this 20th day of October, 2025.

TIFFANY R. JOHNSON
United States District Judge